**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02726-RMR

REYNA PARADA JARQUIN,

Petitioner,

v.

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,
GEORGE VALDEZ, Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement, in his official capacity,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, in his official capacity,
DAVID VENTURELLA, Acting Director of Immigration and Customs Enforcement, in his official capacity,
TODD BLANCHE, Acting Attorney General, U.S. Department of Justice, in his official capacity,

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States District Judge Regina M. Rodriguez entered on July 2, 2026, [ECF No. 12] and July 29, 2026, [ECF No. 15], it is hereby

ORDERED that the Verified Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that as the prevailing party, Petitioner is awarded their costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that his case is closed.

Dated at Denver, Colorado this 11th day of August, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/K. Myhaver

Kally Myhaver, Deputy Clerk